CENTER FOR DISABILITY ACCESS
Isabel Rose Masanque., SBN 292673
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
isabelm@potterhandy.com

Attorneys for Plaintiff

Ashley N. Arnett
aarnett@seyfarth.com
SEYFARTH SHAW LLP
601 South Figueroa Street, Suite 3300,
Los Angeles, CA 90017-5793
Telephone: 213-270-9628
Facsimile: (213) 270-9601

Attorney for Defendant
SYDELL PALM SPRINGS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo Jr.**,<br><br>    Plaintiff,<br><br>  v.<br><br>**SYDELL PALM SPRINGS LLC**; and Does 1-10,<br><br>    Defendants | Case No.: 5:20-cv-02518-JGB-KK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

### STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each

1  party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the
2  matter has been resolved to the satisfaction of all parties.

Dated: 12/28/2022                    CENTER FOR DISABILITY ACCESS

                                     By: /s/ Isabel Rose Masanque
                                     Isabel Rose Masanque
                                     Attorneys for Plaintiff

Dated: 12/28/2022                    SEYFARTH SHAW LLP


                                     By: /s/ Ashley N. Arnett
                                     Ashley N. Arnett

                                     Attorneys for Defendants
                                     SYDELL PALM SPRINGS LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Ashley N. Arnett, counsel for SYDELL PALM SPRINGS LLC, respectively, and that I have obtained Attorney Arnett's authorization to affix their electronic signature to this document.

Dated: 12/28/2022                    CENTER FOR DISABILITY ACCESS

                                     By: /s/ Isabel Rose Masanque
                                     Isabel Rose Masanque
                                     Attorneys for Plaintiff